THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT STUCKRATH, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crimes of robbery, first degree, and assault, first degree. Defendant's appeal raises only the question of the sentence.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BURT DONALDSON, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.— Appeal dismissed on the authority of *People* v. *Gersewitz* (294 N. Y. 163). All concur. (The order denies petitioner's application for an order vacating the sentence imposed upon him in Jefferson County Court.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN G. HOOKER, Appellant, against MILLER B. MORAN, as a Judge of the Lewis County Court, et al., Respondents.— Appeal dismissed on the authority of *People* v. *Gersewitz* (294 N. Y. 163). All concur. (The order denies petitioner's application to amend the information alleging him to be a fourth offender and for resentence.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

In the Matter of the Estate of PAULINE CYBULSKA, Deceased. HELEN WIECHEC et al., as Executors of PAULINE CYBULSKA, Deceased, Respondents; MARTHA BRUENN, Appellant.— Decree affirmed, without costs of this appeal to any party. All concur, except Dowling, J., who dissents and votes for reversal and for the granting of a decree in favor of appellant Bruenn granting to her a one-half interest in the bank deposit. Under the form of the deposit, appellant and the decedent owned the same as tenants in common. Subdivision 3 of section 239 of the Banking Law does not apply under the circumstances. (The decree adjudges that petitioners, as executors, have title to a certain bank account and directs the payment of the bank deposit and accumulated interest to petitioners.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

CARL SWANSEN, Respondent, v. HOWARD S. BRIGGS, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action for breach of contract.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

MARGARET FRANCIOSA, Respondent, v. SALVATORE FRANCIOSA, Appellant.— Judgment reversed on the law and facts, and complaint dismissed, without costs of this appeal to either party, on the ground that the plaintiff failed to establish a cause of action. Certain findings of fact disapproved and reversed. All concur. (The judgment awards plaintiff a decree of separation with alimony.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOTEL MARTIN COMPANY OF UTICA, Respondent, against EDWARD V. DONOHUE et al., as Assessors of the City of Utica, Appellants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ. [See *ante*, p. 725.]